# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

| | |
|---|---|
| LARA ELLER | )<br>) |
| Plaintiff, | )<br>) |
| v. | )<br>) |
| CAROLYN COLVIN, | ) Case No. CV414-202<br>)<br>) |
| Defendant. | ) |

## ORDER

The parties have advised this Court of settlement contingent upon approval by government higher-ups. Doc. 90. Accordingly, this case is **ADMINISTRATIVELY CLOSED**, *see, e.g.*, *In re Heritage Southwest Medical Group PA*, 464 F. App'x 285, 287 (5th Cir. 2012) ("administrative closure does not have any effect on the rights of the parties and is simply a docket-management device."), thus mooting the parties' request that the Court stay all existing deadlines (doc. 90 at 1).

At this point the parties have two options: (1) do nothing, in which case the Court will, in sixty days from the date this Order is served, dismiss this case with prejudice; or (2) within that same time period

present a *Kokkonen*-based, F.R.Civ.P. 41(a)(2) dismissal judgment incorporating their settlement so that the Court may retain jurisdiction to enforce it. *See Kokkonen v. Guardian Life Ins. Co. of America*, 511 U.S. 375, 381-82 (1994); *Heape v. Flanagan*, 2008 WL 2439736 at * 3 n. 7 (S.D. Ga. June 9, 2008). The Clerk is **DIRECTED** to notify the undersigned if no further action from the parties has occurred by the sixty-first day after this Order has been served.

**SO ORDERED,** this __6th__ day of September, 2016.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

2